UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Civil No. 09-cv-799-JPG |
| ) | |
| DERRICK W. TAYLOR and  ) | |
| BROOKE N. TAYLOR,  ) | |
| ) | |
| Defendants.  ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Government's Motion to Vacate Judgment and Dismiss (Doc. 15).

On May 14, 2010, the Court granted the Government's Motion for Default Judgment (Doc. 13) and entered a judgment decree on and directed sale of the underlying property in this matter. (*See* Doc. 14). The Government now informs the Court that Defendants Derrick and Brooke Taylor have satisfied said property's mortgage indebtedness.

A court "may set aside a default judgment under [Federa] Rule [of Civil Procedure] 60(b)." Fed. R. Civ. P. 55(c). Rule 60(b) permits vacatur of default judgment if, *inter alia*, "the judgment has been satisfied, released or discharged . . . ." Here, the Court is satisfied from the Government's motion that the judgment on the underlying property has been fully satisfied. Accordingly, the Court **GRANTS** the instant motion (Doc. 15), **VACATES** the Judgment Decree and Order Directing Sale of Mortgaged Property (Doc. 14) of May 14, 2010, and **DISMISSES** these foreclosure proceedings **as moot**.

**IT IS SO ORDERED.**
**DATED: August 25, 2010**

                                                      s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **DISTRICT JUDGE**